# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER SALGUERO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 70716

FILED

SEP 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus challenging a district court decision to deny a request for the appointment of counsel in postconviction proceedings. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction because petitioner has an adequate legal remedy in an appeal from the final decision on his postconviction petition. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:  Hon. Michelle Leavitt, District Judge
     Christopher Salguero
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

16-28840